**Presentment Date: February 24, 2025 at 10:00 a.m.**
**Objections Due by: February 17, 2025 at 10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In Re:

271 West 11th Street LLC,

        Debtor and Debtor-in-Possession.
------------------------------------------------------------X

Chapter 11

25-10130-dsj

# NOTICE OF PRESENTMENT OF APPROVING THE EMPLOYMENT OF THE LAW OFFICE OF RACHEL S. BLUMENFELD PLLC AS COUNSEL FOR THE DEBTOR

**PLEASE TAKE NOTICE** that upon the Application of the Law Office of Rachel S. Blumenfeld PLLC dated January 27, 2025, the undersigned will present the attached proposed order seeking approval of the Retention of the Law Office of Rachel S. Blumenfeld PLLC to the Honorable David S. Jones, United States Bankruptcy Judge of the Southern District of New York, for signature on February 24, 2025 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 10:00 a.m. on February 17, 2025. The ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections. Unless objections are received by that time, the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that only if a written objection is timely served and filed, the Court shall schedule a hearing to consider the Application and any objections thereto.

Dated: Brooklyn, New York
     January 28, 2025

                                              Law Office of Rachel S. Blumenfeld PLLC
                                              Proposed Attorneys for Debtor
                                 By:      ___***s/ Rachel S. Blumenfeld***___
                                              Rachel S. Blumenfeld, Esq.
                                              26 Court Street, Suite 814
                                              Brooklyn, New York 11242
                                              Tel: (718) 858-9600

**LAW OFFICE OF RACHEL S. BLUMENFELD PLLC**
26 Court Street, Suite 814
Brooklyn, New York 11242
Telephone: (718) 858-9600
RACHEL BLUMENFELD

*Proposed Counsel to the Debtor*
*And Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In Re:

271 West 11th Street LLC,

        Debtor and Debtor-in-Possession.
-------------------------------------------------------------X

Chapter 11

25-

**APPLICATION TO EMPLOY AND**
**RETAIN THE LAW OFFICE OF RACHEL S. BLUMENFELD PLLC**
**AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**
**AS OF THE EFFECTIVE DATE OF JANUARY 27, 2025**

**TO:** **THE HONORABLE**
     **UNITED STATES BANKRUPTCY JUDGE**

The above captioned Debtor and Debtor-in-Possession, 271 West 11th Street LLC (the "Debtor") files this application (the "Application") seeking entry of an order authorizing the retention of The Law Office of Rachel S. Blumenfeld PLLC as their attorneys. In support of its Application, the Debtor respectfully allege as follows:

**JURISDICTION**

1  This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory basis for relief requested herein is §327(a) of title 11 of the United States

Code, 11 U.S.C. §§ 101, et seq., as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Bankruptcy Code") and Rules 2014(a) and 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

3. On January 27, 2025, the Debtor filed a chapter 11 petition (the "Filing Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") (the "Debtor"). The Debtor has continued in possession of their property and the management of their business affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner or statutory committee has been appointed.

4. The Debtor is an entity which owns three businesses, with each business owning a different parcel of property.

## RELIEF REQUESTED

5. The Debtor seeks to retain and employ The Law Office of Rachel S. Blumenfeld PLLC as its attorney to prosecute its Chapter 11 case and all related matters, as o the effective date of January 27, 2025. Accordingly, the Debtor requests entry of an order in substantially the form annexed hereto and pursuant to Bankruptcy Code § 327(a) and Bankruptcy Rule 2014(a) authorizing the Debtor to employ and retain The Law Office of Rachel S. Blumenfeld PLLC as counsel and as their attorney to perform services necessary in its Chapter 11 Case. The Debtor was informed that each of the attorneys who will be engaged in these services is duly admitted to practice in this Court as well as the Courts of the State of New York.

6. The professional services that The Law Office of Rachel S. Blumenfeld PLLC are to

render to the Debtors may be summarized as including[1]:

    a. To give advice to the Debtor with respect to its powers and duties as Debtor-in-Possession and the continued management of its property and affairs.

    b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with creditors and other parties in interest.

    c. To prepare on behalf of the Debtor all necessary schedules, application, motions, answers, orders, reports, and other legal papers required for the Debtors that seek protection from its creditors under Chapter 11 of the Bankruptcy Code.

    d. To appear before the Bankruptcy Court to protect the interest of the Debtors and to represent the Debtor in all matters pending before the Court.

    e. To represent the Debtor, if need be, in connection with obtaining post-petition financing.

    f. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.

    g. To perform all other legal services of the Debtor which may be necessary for the preservation of the Debtor's estate and to promote the best interest of the Debtor, its creditors and its estate.

    7. The Debtor has selected the Law Office of Rachel S. Blumenfeld PLLC as counsel for the reason that it has experience in representing the Debtor in matters of this nature, and the Debtor believes that the Law Office of Rachel S. Blumenfeld PLC is well qualified to act as its attorney and to represent it as a Debtor and Debtor-in-possession in this case.

    8. It is necessary for the Debtor to employ The Law Office of Rachel Blumenfeld PLLC as counsel for such professional services pursuant to § 327 of the Bankruptcy Code.

    9. Subject to Court approval, compensation will be paid to The Law Office of Rachel

---

[1] The scope of services provided will not include the following without a separate retention from the Debtor and approval by the Court: dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

Blumenfeld PLLC for services provided on an hourly basis plus reimbursement of actual and necessary expenses incurred. The Law Office of Rachel S. Blumenfeld PLLC's hourly rates for matters relating to this Chapter 11 proceeding are as follows:

| | |
|---|---|
| Rachel S. Blumenfeld, Esq. | $525.00 |
| Of counsel | $450.00 |
| Paraprofessional | $150.00 |

10. The hourly rates above are subject to periodic adjustment to reflect economic and other conditions. The hourly rates above are standard, if not below standard, rates for work of this nature. These rates are designed to fairly compensate The Law Office of Rachel S. Blumenfeld PLLC for the work for its attorneys and paraprofessionals and to cover fixed routine overhead expenses.

11. On or about January 27, 2025, the Law Office of Rachel S. Blumenfeld PLLC received a retainer payment in the sum of $30,000.00 (plus the $1,738.00 filing fee) from Almenaide as a retainer (the "Retainer") to act as counsel to the Debtor and to represent it as Debtor and Debtor-in-Possession in this case.

12. To the best of Debtor's knowledge, the Law Office of Rachel S. Blumenfeld PLLC has no present connection with the Debtor's creditors or any other parties in interest or their respective attorneys.

13. To the best of Debtor's knowledge, The Law Office of Rachel S. Blumenfeld PLLC represents no interest adverse to the debtor and debtor-in-possession, or this estate, or any other interested person in the matters with respect to which The Law Office of Rachel S. Blumenfeld PLLC is being retained by the Debtor.

14. The Debtor submits that the retention of The Law Office of Rachel S. Blumenfeld

PLLC as counsel and as their attorneys is necessary and is in the best interests of its estate.

15. The Law Office of Rachel S. Blumenfeld PLLC is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code, in that the firm:

    a. is not a creditor, equity security holder or insider of the Debtors

    b. is not and was not an investment banker for any outstanding security of the Debtors

    c. has not been, within three years before the date of the filing of the Debtor's Chapter 11 petition; (i) an investment banker for a security of the debtor; or (ii) an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor; and

    d. is not and was not, within two years before the date of the filing of the Debtors' Chapter 11 petition, a director, officer, or employee of the Debtor or of an investment banker specified in subparagraph (b) or (c) of this paragraph.

16. The Law Office of Rachel S. Blumenfeld PLLC will be paid for the legal services rendered upon application duly filed with this Court pursuant to Bankruptcy Code 330 and pursuant to the procedures established by the Order Pursuant to 111 U.S.C. Section §§ 105(a) and 331 Establishing Procedures for Compensation and Reimbursement of Expenses of Professionals as may be further entered by this Court.

17. The Debtor desires to employ The Law Office of Rachel Blumenfeld PLLC as counsel and as their attorneys pursuant to Bankruptcy Code § 327 because of the extensive legal services, which are required and indeed are anticipated for a successful reorganization under Chapter 11 of the Bankruptcy Code.

18. No prior request for the relief sought herein has previously been made.

**WHEREFORE**, the Debtor respectfully prays for the entry of the annexed Order

authorizing the employment of The Law Office of Rachel S. Blumenfeld PLLC as counsel and as their attorneys for the Debtor as of the effective date of January 27, 2025 together with such other and further relief as appears just to this Court, for all of which no previous application has been made.

Dated: New York, New York
January 27, 2025

                              271 West 11th Street LLC

               By:   */s/ Alicia Harper*

                     Alicia Harper

**LAW OFFICE OF RACHEL S. BLUMENFELD PLLC**
26 Court Street, Suite 814
Brooklyn, New York 11242
Telephone: (718) 858-9600
RACHEL BLUMENFELD

*Proposed Counsel to the Debtor*
*And Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In Re:

271 West 11th Street LLC,

       Debtor and Debtor-in-Possession.
------------------------------------------------------------X

Chapter 11
25-

**AFFIDAVIT IN SUPPORT OF APPLICATION TO EMPLOY AND RETAIN THE LAW OFFICE OF RACHEL S. BLUMENFELD PLLC AS ATTORNEYS FOR THE DEBTOR <u>AND DEBTOR-IN-POSSESSION AS OF THE EFFECTIVE DATE OF JANUARY 27, 2025</u>**

STATE OF NEW YORK    )
                            )ss.:
COUNTY OF KINGS     )

Rachel S. Blumenfeld, Esq., states that:

    1. I am a member of The Law Office of Rachel S. Blumenfeld PLLC, with offices located at 26 Court Street, Suite 814, Brooklyn, New York 11242. I have been duly admitted to practice before this Court and the Courts of the State of New York.

    2. I submit this Affidavit in support of the Debtor and Debtor-in-Possession 271 West 11th Street LLC, (the "Debtor") Application to Employ and Retain The Law Office of Rachel S.

Blumenfeld PLLC as attorneys for the Debtor in connection with the above- captioned Chapter 11 case on the terms set forth in the accompanying Application.

3. The Law Office of Rachel S. Blumenfeld PLLC does not have any connection with the Debtor, its creditors, or any other party in interest herein or their respective attorneys except as described below. Furthermore, neither I nor The Law Office of Rachel S. Blumenfeld PLLC is a pre-petition creditor of the Debtor.

4. Based on the foregoing, I respectfully submit that The Law Office of Rachel S. Blumenfeld PLLC does not hold nor represent any interest adverse to the Debtor herein or its estate, in the matters upon which they are to be engaged.

## **DISINTERESTEDNESS**

5. To the best of my knowledge, the Law Office of Rachel S. Blumenfeld PLLC is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code, in that the firm:

> a. is not a creditor, equity security holder or insider of the Debtor;
>
> b. is not and was not an investment banker for any outstanding security of the Debtor;
>
> c. has not been, within three years before the date of the filing of the Debtor's Chapter 11 petition; (i) an investment banker for a
> security of the debtor; or (ii) an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor; and
>
> d. is not and was not, within two years before the date of the filing of the Debtor's Chapter 11 petition, a director, officer, or employee of the Debtor or of an investment

banker specified in subparagraph (b) or (c) of this paragraph.

## DISCLOSURE PROCEDURES

6. In preparing this affidavit, I searched the following categories:

    a. Debtor

    b. Significant equity holders

    c. Lenders and secured creditors

    d. Counterparties to leases

    d. Professionals

    e. Unsecured creditors

7. Upon review of the list, it is apparent that The Law Office of Rachel S. Blumenfeld PLLC does not hold or represent any interest that is adverse to the Debtors estate and The Law Office of Rachel S. Blumenfeld PLLC is a disinterested person.

8. The Law Office of Rachel S. Blumenfeld PLLC is not aware of any past or present relationship that would disqualify the Law Office of Rachel S. Blumenfeld PLLC from representing the Debtor.

9. (i) The Law Office of Rachel S. Blumenfeld PLLC does not expect to share any fees earned in this case with any other attorneys or parties, (ii) The Law Office of Rachel S. Blumenfeld PLLC conflict check in connection with this engagement included the Debtor's non-debtor business entities (and any known creditors of such businesses), and (iii) the source of the retainer paid to The Law Office of Rachel S. Blumenfeld PLLC in this case was Almenaide.

## BILLING RATES

9. This firms' bllling rates are as follows:

    Rachel S. Blumenfeld, Esq. $525

10. The Law Office of Rachel S. Blumenfeld PLLC received a retainer payment on January 27, 2025 in the sum of $30,000.00 (plus the $1,738.00 filing fee) from Almenaide (the "Retainer") on account of legal services rendered and to be rendered, and on account of costs and expenses to act as counsel to the Debtor and to represent it as a debtor and debtor-in-possession in this case.

**WHEREFORE**, your Deponent respectfully requests the entry of the pre-fixed order, together with such other and further relief as is proper.

Dated: January 27, 2025

                                                */s/ Rachel S. Blumenfeld*

                                                Rachel S. Blumenfeld

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In Re:

                                                                     Chapter 11

271 West 11th Street LLC,                         25-

        Debtor and Debtor-in-Possession.
-------------------------------------------------------------X

## LAR DAN AFFIDAVIT

Alicia Harper, President of Almenaide LLC of declaring under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I make this declaration on behalf of 271 West 11th Street LLC (the "Debtor") to retain the Law Office of Rachel S. Blumenfeld PLLC ("Blumenfeld") to represent its attorney in the above referenced Chapter 11 case.

2. I provided the $30,000.00 retainer (plus the filing fees) to the Debtor for Blumenfeld as a retainer to Blumenfeld to secure services for the Debtor. I understand that the Firm's duty of loyalty lies with the Debtor and not to me. I do not intend to make a claim against the Debtor with respect to the monies advanced on its behalf.

3. I hereby waive any claim I may have against the Debtor for these funds paid to retain counsel.

4. I will not be seeking reimbursement of this retainer.

5. I do not intend to bid on any of the Debtor's assets or provide any financing to the Debtor.

Dated:  New York, New York
          January 27, 2025

                                                */s/ Alicia Harper*
                                                Alicia Harper for Almenaide LLC