**Rachel S. Blumenfeld**
**Attorney at Law**

26 Court Street, Suite 814 • Brooklyn, New York  11242
718.858.9600 • rachel@blumenfeldbankruptcy.com

January 29, 2025

<u>FILED ON ECF ONLY</u>

<u>**Re: 271 West 11th Street LLC Case No 25-10130**</u>

To Whom it May Concern,

    Please be advised that the 341 hearing in the above referenced case has been ADJOURNED from February 27, 2025 to **<u>March 6, 2025 at 12:30 p.m.</u>**

Please don't hesitate to let me know if you have any questions or concerns.

                                                           Respectfully ,


                                                           Rachel Blumenfeld