UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                          Chapter 11

271 WEST 11TH STREET LLC,                                       Case No. 25-10130 (DSJ)

                         Debtor.
-------------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

271 West 11th Street LLC (the "Debtor"), having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on January 27, 2025, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

**ORDERED**, pursuant to 11 U.S.C. Section 105(d), that, unless any party in interest requests and the Court grants a schedule modification, an initial case management conference will be conducted, via Zoom for Government, by the undersigned Bankruptcy Judge on March 5, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables and scheduling of additional case management conferences; and it is further

**ORDERED**, that the Debtor shall give notice by mail of this Order at least seven (7) days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. §1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall promptly file

proof of service of such notice with the Clerk of the Court.

Dated: New York, New York  
      January 29, 2025

*s/ David S. Jones*  
Honorable David S. Jones  
United States Bankruptcy Judge